IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00860-AP

JOSE M. RIZO,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Richard K. Blundell, Esq.
801-11th Avenue
Greeley, CO 80631
970-356-8900
mrrkblaw@mcleodusa.net

For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**  5/9/06
   B.   **Date Complaint Was Served on U.S. Attorney's Office:**  5/11/06
   C.   **Date Answer and Administrative Record Were Filed**:  7/11/06

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 30 days after the filing of this Joint Case Management Plan, as follows:

   A.   **Plaintiff's Opening Brief Due:**         September 27, 2006
   B.   **Defendant's Response Brief Due:**     October 27, 2006
   C.   **Plaintiff's Reply Brief (If Any) Due:**  November 13, 2006

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.

Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 31st day of July, 2006.

                      BY THE COURT:

                      S/John L. Kane
                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Richard K. Blundell 7/31/06 | WILLIAM J. LEONE<br>UNITED STATES ATTORNEY |
| Richard K. Blundell, Esq.<br>801-11th Avenue<br>Greeley, CO 80631<br>970-356-8900<br>mrrkblaw@mcleodusa.net | KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov |
| Attorney for Plaintiff | s/Debra J. Meachum 7/31/06<br>By: Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant. |

4