IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-860-AP**

**JOSE M. RIZO,**

    Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

    Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

  The Unopposed Motion to File Opening Brief One Day Out of Time (doc. #18), filed October 27, 2006, is GRANTED.  Opening brief is accepted as timely filed.  Subsequent deadlines remain unchanged.

---

Dated:  October 31, 2006